33 A.3d 1261

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Vernon Lee ESTEPP, Petitioner.**

Supreme Court of Pennsylvania.

Dec. 28, 2011.

No. 384 EAL 2011

## *ORDER*

PER CURIAM.

**AND NOW,** this 28th day of December 2011, the Petition for Allowance of Appeal is **GRANTED.** The issues, as stated by Petitioner, are:

1. Should this case be remanded to the lower court for hearings regarding police misconduct?

2. Should the Petitioner be granted a new trial because of the admission of hearsay evidence from a non-testifying "informant" through the testimony of suspended officer Jeffrey Cujdik?

The parties are directed to frame any arguments concerning after-discovered evidence under the four-pronged standard of *Commonwealth v. Dennis*, 552 Pa. 331, 715 A.2d 404, 415 (1998).